UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - -

UNITED STATES OF AMERICA,

Plaintiff,

vs.

ELDY MISAEL CALDERON-RIVERA,
a/k/a ELDIN MISAEL-HERRERA,

Defendant.
______________________________/

**INDICTMENT**

The Grand Jury charges:

**Alien Reentry**

On or about February 15, 2026, in Kent County, in the Western District of Michigan, Southern Division,

ELDY MISAEL CALDERON-RIVERA,
a/k/a ELDIN MISAEL-HERRERA,

being an alien who had previously been removed, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)

A TRUE BILL

[ /s/ Redacted ]
______________________________
GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

______________________________
DONALD DANIELS
Assistant United States Attorney